**Marvin CHAPMAN, Appellant,**

v.

**WAL–MART CORPORATION, Appellee.**

No. 09–2759.

United States Court of Appeals, Eighth Circuit.

Submitted: March 1, 2010.

Filed: March 2, 2010.

Marvin Chapman, Columbia, MO, pro se.

Erika M. Anderson, Jennifer L. Aspinall, James F. Bennett, Dowd & Bennett, St. Louis, MO, for Appellee.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Marvin Chapman appeals the District Court's [1] adverse grant of summary judgment in his pro se employment-discrimination action against his former employer. After reviewing the record de novo, *see Erickson v. Farmland Indus., Inc.,* 271 F.3d 718, 724 (8th Cir.2001), we conclude that summary judgment was proper for the reasons stated by the District Court.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

1. The Honorable Brian S. Miller, United States District Judge for the Eastern District

---

Accordingly, we affirm. *See* 8th Cir. R. 47B.